COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:  In the Interest of A.C.D. and S.C.D., Children

Appellate case number:  01-19-00198-CV

Trial court case number:  2017-05093J

Trial court:  314th District Court of Harris County

Date motion filed:  July 1, 2019

Party filing motion:  Appellant

It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Julie Countiss                                        
                Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Countiss


Date:  July 30, 2019